825 A.2d 629

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Jose Geraldo ORTIZ, Appellant.**

Supreme Court of Pennsylvania.

Argued May 15, 2003.

Decided June 5, 2003.

Jeanne Trivellini, Pine Forge, for Jose Ortiz.

Mark Carlyle Baldwin, Iva C. Dougherty, Reading, Kelly S. Kline, for Commonwealth of Pennsylvania.

Before CAPPY, C.J., and ZAPPALA, CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## *ORDER*

PER CURIAM.

The Order of the Superior Court is affirmed.